# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIM. NO. 16-526(ADC) |
| RICARDO A. VILLA-GUILLEN, Defendant. | |

## NOTICE OF APPEARANCE

The undersigned counsel, Rachel Brill, Federal Public Defender for the District of Puerto Rico enters her appearance as counsel for RICARDO A. VILLA-GUILLEN.

**WHEREFORE**, it is respectfully requested that counsel's appearance be noted.

**IT IS CERTIFIED** that this motion has been electronically filed and served on all parties of record.

In San Juan, Puerto Rico, June 27, 2024.

   *s/Rachel Brill*
RACHEL BRILL
Federal Public Defender
USDC No. 204803
241 F. D. Roosevelt Avenue
San Juan, PR 00918
787.281.4922
787.281.4899
rabrill@gmail.com